SARAH PINNEO *et al.*

*v.*

AUGUSTUS F. KNOX *et al.*

*At Ottawa, September Term, 1881.*

APPEAL *from a trial court to this court—bill to foreclose mortgage—freehold.* A bill in chancery to foreclose a mortgage upon real estate does not involve a freehold. Therefore in such a suit an appeal does not lie directly from the trial court to this court. The appeal should be taken in the first instance to an Appellate Court.

APPEAL from the Circuit Court of Will county.

This was a suit in chancery for the foreclosure of a mortgage upon real estate.

Mr. C. B. GARNSEY, for the appellee Knox, moved the court to dismiss the appeal for want of jurisdiction, there not being a freehold involved in the suit, and none of the other conditions necessary to give this court jurisdiction of the appeal, existing.

WALKER, J.: In this case, in the court below, a bill was filed to foreclose a mortgage, and a decree rendered in that court, and an appeal is brought to this court. Motion is now entered to dismiss the appeal. We have frequently held that a bill to foreclose a mortgage does not involve a freehold, and that the appeal should be taken from the circuit to the Appellate Court, and not to this.

The appeal will therefore be dismissed.

*Appeal dismissed.*